**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 07-1246**

---

ROBERT L. FRIESE, JR.,

Plaintiff - Appellant,

versus

COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,

Defendant - Appellee.

---

Appeal from the United States District Court for the Southern
District of West Virginia, at Bluefield.  David A. Faber, Chief
District Judge.  (1:06-cv-00099)

---

Submitted:  September 21, 2007      Decided:  December 3, 2007

---

Before MOTZ and GREGORY, Circuit Judges, and WILKINS, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Roger W. Rutherford, Norton, Virginia, for Appellant.  Michael
McGaughran, Patricia A. Stewart, SOCIAL SECURITY ADMINISTRATION,
Philadelphia, Pennsylvania; Charles T. Miller, United States
Attorney, Stephen M. Horn, Assistant United States Attorney,
Charleston, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert L. Friese, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and upholding the denial of disability insurance benefits and supplemental security income. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Friese v. Commissioner</u>, No. 1:06-cv-00099 (S.D. W. Va. Jan. 25, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>